# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IKECHUKWU HYGINIUS OKORIE,<br><br>*Plaintiff*<br><br>vs.<br><br>PRIORITYONE BANK, and DEREK HENDERSON<br><br>*Defendant* | Case No. **2:24-cv-00047-KS-MTP**<br><br> |

## MOTION FOR DEFAULT JUDGMENT

I, Ikechukwu Hyginus Okorie, the plaintiff in the above-captioned case, respectfully move this Honorable Court for entry of default judgment against the defendants PriorityOne Bank and Derek Henderson based on their failure to timely respond to the complaint and the grounds outlined below.

**BACKGROUND:**

On March 18, 2024, I filed a complaint against PriorityOne Bank and Derek Henderson alleging violations of the Real Estate Settlement Procedures Act (RESPA), the Fair Debt Collection Practices Act (FDCPA), and other claims arising from their conduct related to my bankruptcy case and foreclosure proceedings.

**SERVICE OF PROCESS:**

The summons and complaint were properly served on the defendants according to the Federal Rules of Civil Procedure and applicable law. However, despite being served with the complaint, the defendants failed to file a timely response within the prescribed period.

**LEGAL BASIS FOR DEFAULT JUDGMENT:**

Under Federal Rule of Civil Procedure 55(a), a party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend is in default. In this case, both

PriorityOne Bank and Derek Henderson have failed to plead or otherwise defend within the time allowed by law. Furthermore, the allegations in the complaint, if taken as true, establish a prima facie case against the defendants for violations of RESPA, FDCPA, fraud on the court, intentional infliction of emotional distress, and other claims.

**RELIEF SOUGHT:**

I respectfully request that this Honorable Court enter default judgment against PriorityOne Bank and Derek Henderson and grant the following relief:

1. Compensatory damages in an amount not less than $3 million for the harm and losses suffered by me as a result of the defendants' actions, including economic losses and emotional distress.

2. Punitive damages in an amount not less than $10 million to deter the defendants from engaging in similar misconduct.

3. Attorneys' fees and costs incurred in prosecuting this action.

4. Any further relief that the Court deems just and proper.

**CONCLUSION:**

For the reasons stated above and in the interest of justice, I respectfully request that this Honorable Court enter default judgment against PriorityOne Bank and Derek Henderson and grant the relief sought herein. Thank you for your attention to this matter. Should the Court require any further information or documentation, please do not hesitate to contact me.

Respectfully submitted this __12th____ day of April, 2024.

Ikechukwu Okorie (PRO SE)
4500 Hillcrest Rd., Ste 185,
Frisco, TEXAS 75035

## CERTIFICATE OF SERVICE

I, IKECHUKWU OKORIE, certified on this ___12th___ day of ___April_____ 2024, I deposited a true copy of the above to the Defendants by placing the documents with prepaid postage in the United States mailbox address and/or emailed with below email to:

1. PriorityOne Bank
   6276 US-98,
   Hattiesburg, MS 39402

2. Derek A. Henderson, MSB #2260
   1765-A Lelia Drive, Suite 103
   Jackson, MS 39216
   (601) 948-3167
   derek@derekhendersonlaw.com

   **Attorney for PriorityOne Bank**

Ikechukwu Okorie (PRO SE)
4500 Hillcrest Rd., Ste 185,
Frisco, TEXAS 75035