# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**IKECHUKWU HYGINIUS OKORIE**                          **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 2:24-CV-447-KS-MTP**

**PRIORITYONE BANK, ET AL.**                          **DEFENDANTS**

## **ORDER**

Before the Court are Plaintiff's Motion for Clerk's Entry of Default [10] and Motion for Default Judgment [11]. Because the Court granted Defendants' Motion for Extension of Time [4] in an Order [12] entered this date, the Motions [10] and [11] are hereby denied as moot.

SO ORDERED and ADJUDGED, this 15th day of April, 2024.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE